SETON HALL COLLEGE, complainant,

*v.*

CALUMET CONSTRUCTION COMPANY et al., defendants.

[Submitted December 9th, 1912.   Decided March 5th, 1913.]

Appeal of J. F. Glasby Lumber Company.

On appeal from a decree of the court of chancery advised by Vice-Chancellor Howell, whose opinion is reported *ante p. 148.*

*Messrs. Guild & Martin,* for the appellant.

*Messrs. Vredenburgh, Wall & Carey* and *Messrs. Herrmann & Steelman* and *Mr. Gilbert Collins,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Howell.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, CONGDON, TREACY—12.

*For reversal*—None.